IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERALDINE L. CHASE,

          Plaintiff,

v.                                      ORDER

MICHAEL ASTRUE,                      10-cv-740-bbc
Commissioner of Social Security,

          Defendant.

---

On November 29, 2010, plaintiff Geraldine Chase filed an action for judicial review of an adverse decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Plaintiff's lawyer, Dana Duncan, indicated at that time that he intended to file a motion to proceed *in forma pauperis* for his client. Duncan has informed the court that plaintiff has not returned her affidavit of indigency to his office. Therefore, the Court will give plaintiff until January 14, 2011 either to file her affidavit of indigency with this court or to pay the $350 fee for filing this action. If she fails to do either, then this court will dismiss her case for failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Geraldine Chase has until January 15, 2011 to file her affidavit of indigency with this court or pay the $350 filing fee. Her failure to comply may result in the dismissal of this case for her failure to prosecute.

Entered this 28th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge