IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GERALDINE L. CHASE,

                Plaintiff,

v.                                         ORDER

MICHAEL ASTRUE,                           10-cv-740-bbc
Commissioner of Social Security,

                Defendant.

---

The order portion of the December 28, 2010 order entered in this case is hereby AMENDED to reflect a date of January 14, 2011 for filing an affidavit of indigency or paying the $350 filing fee, not January 15, 2011 as stated.

Entered this 30th day of December, 2010.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge