IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALDINE L. CHASE,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-740-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of defendant Michael Astrue, Commissioner of Social Security, and dismissing the appeal of plaintiff Geraldine L. Chase.

| /s/ | 5/20/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |