IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GERALDINE L. CHASE,

      Plaintiff,                                        JUDGMENT IN A CIVIL CASE

v.                                                              Case No. 10-cv-740-wmc

MICHAEL ASTRUE,
Commissioner of Social Security,

      Defendant.

      This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered affirming the

decision of defendant Michael Astrue, Commissioner of Social Security, and

dismissing the appeal of plaintiff Geraldine L. Chase.

| /s/ | 5/20/2013 |
| --- | --- |
| Peter Oppeneer, Clerk of Court | Date |